IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS, | ) |
| Plaintiff, | ) |
| v. | ) No. 10 Civ. 8640 (BSJ) |
| JOHN C. MALONE, | ) **Notice of Appearance** |
| Defendant | ) |
| and | ) |
| DISCOVERY COMMUNICATIONS, INC. | ) |
| Nominal Defendant | ) |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Nominal Defendant Discovery Communications, Inc.  I certify that I am admitted to practice in this court.

DATED:  New York, New York
           December 15, 2010

Respectfully submitted,

/s/ Christopher W. Carrion____
Christopher W. Carrion
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800
christopher.carrion@wilmerhale.com

*Counsel for Nominal Defendant Discovery Communications, Inc.*