# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. MALONE, )<br>)<br>Defendant )<br>and )<br>)<br>DISCOVERY COMMUNICATIONS, INC. )<br>)<br>Nominal Defendant )<br>) | No. 10 Civ. 8640 (BSJ)<br><br>**MOTION TO ADMIT COUNSEL**<br>***PRO HAC* VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Christopher W. Carrion, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    John F. Batter III
    Firm Name:    Wilmer Cutler Pickering Hale and Dorr LLP
    Address:    60 State Street
    City/State:    Boston, MA 02109
    Phone No.:    (617) 526-6754
    Fax No.:    (517) 526-5000
    Email:    john.batter@wilmerhale.com

John F. Batter III is a member in good standing of the bar of the State of Massachusetts. There are no pending disciplinary proceedings against John F. Batter III in any State or Federal Court.

DATED: New York, New York
December 14, 2010

Respectfully submitted,

Christopher W. Carrion
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
(212) 230-8800
christopher.carrion@wilmerhale.com

*Counsel for Nominal Defendant Discovery Communications, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS,<br><br>   Plaintiff,<br><br>v.<br><br>JOHN C. MALONE,<br><br>   Defendant<br>  and<br><br>DISCOVERY COMMUNICATIONS, INC.<br><br>   Nominal Defendant | No. 10 Civ. 8640 (BSJ)<br><br>**DECLARATION OF CHRISTOPHER W. CARRION IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC* VICE** |

I, Christopher W. Carrion, declare under penalty of perjury, as follows:

1. I am the Managing Attorney at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("Wilmer Hale"), counsel for Nominal Defendant Discovery Communications, Inc. in this action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit John F. Batter III as counsel *pro hac vice* to represent Nominal Defendant Discovery Communications, Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Eastern District of New York, and am in good standing with this Court.

3. Mr. Batter is a Partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP.

4. Mr. Batter is, in my judgment, a skilled attorney and a person of integrity. He is

fully familiar with Federal practice and the Federal Rules of Civil Procedure.

5. Accordingly, I move for the admission of John F. Batter III, *pro hac vice*. A proposed order granting the admission of John F. Batter III, *pro hac vice*, is attached hereto.

WHEREFORE it is respectfully requested that this Court grant the motion to admit John F. Batter III, *pro hac vice*, to represent Nominal Defendant Discovery Communications, Inc. in the above-captioned matter.

DATED: New York, New York
         December 14, 2010

/s/ Christopher W. Carrion
Christopher W. Carrion
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY  10022
(212) 230-8800
Christopher. carrion@wilmerhale.com

*Counsel for Nominal Defendant Discovery Communications, Inc.*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1982**, said Court being the highest Court of Record in said Commonwealth:

## John Frederic Batter, III

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth** day of **December** in the year of our Lord **two thousand and ten.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS, <br><br> Plaintiff, <br><br> v. <br><br> JOHN C. MALONE, <br><br> Defendant <br> and <br><br> DISCOVERY COMMUNICATIONS, INC. <br><br> Nominal Defendant | No. 10 Civ. 8640 (BSJ) <br><br> **ORDER FOR ADMISSION PRO *HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Christopher W. Carrion, attorney for Nominal Defendant Discovery Communications, Inc., and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John F. Batter III |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6754 |
| Fax No.: | (517) 526-5000 |
| Email: | john.batter@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for Nominal Defendant Discovery Communications, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED:   December ___, 2010
         New York, New York

_____
Barbara S. Jones
United States District Judge

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of December, 2010, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed with the Clerk of the Court. The foregoing was also served on counsel, indicated below, by placing the same in First Class Mail, addressed as follows:

Charles J. Hyland
Hyland Law Firm LLC
7300 W. 110th Street, Suit 930
Overland Park, KS  66210

Seth Taube
Baker Botts L.L.P
30 Rockefeller Plaza
New York, NY  10112

_____
Christopher W. Carrion