```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MICHAEL D. GIBBONS,                  :

                Plaintiff,           :      ORDER

         -against-                   :      10 Civ. 8640 (BSJ)(MHD)

JOHN C. MALONE, et al.,              :

                Defendants.          :
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/10

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **TUESDAY, FEBRUARY 8, 2011 at 11:00 AM,** at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
      **December 16, 2010**

SO ORDERED.


_____
MICHAEL H. DOLINGER
**UNITED STATES MAGISTRATE JUDGE**


Copies of the foregoing Order have been sent today to:

Charles Joseph Hyland, Esq.
Hyland Law Firm LLC
Fax: (913) 498-1950

Daniel Eugene Doherty, Esq.
Law Offices of Daniel E. Doherty
Fax: (913)-338-7164

Seth T. Taube, Esq.
Baker Botts LLP (NY)
Fax: (212) 408-2501

Christopher W. Carrion, Esq.
Wilmer, Cutler, Pickering, Hale, and Dorr LLP
Fax: (212) 230 8888