USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN C. MALONE, )<br>)<br>Defendant )<br>and )<br>)<br>DISCOVERY COMMUNICATIONS, INC. )<br>)<br>Nominal Defendant )<br>) | No. 10 Civ. 8640 (BSJ)<br><br>**ORDER FOR ADMISSION**<br>**PRO *HAC VICE* ON WRITTEN**<br>**MOTION** |

Upon the motion of Christopher W. Carrion, attorney for Nominal Defendant Discovery Communications, Inc., and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | John F. Batter III |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6754 |
| Fax No.: | (517) 526-5000 |
| Email: | john.batter@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for Nominal Defendant Discovery Communications, Inc. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED:   December 21, 2010
         New York, New York

_____
Barbara S. Jones
United States District Judge