IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS,<br>*Plaintiff*<br><br>v.<br><br>JOHN C. MALONE, *et. al.*,<br>*Defendant* | **Case:** 10-Civ-8640 BSJ<br><br>MOTION FOR ADMISSION<br>PRO HAC VICE |

MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Charles J. Hyland, hereby move for an Order allowing the admission pro hac vice of

Daniel E. Doherty
Law Offices of Daniel E. Doherty
7300 W. 110th Street, Suite 930
Overland Park, KS 66210
(913) 338-7182 (Voice)
(913) 338-7164 (Fax)

Daniel E. Doherty is a member in good standing of the Bar of the States of Kansas and Missouri.

There are no pending disciplinary proceedings against Daniel E. Doherty in any State or Federal Court.

Dated: *December 20, 2010.*         Respectfully submitted,

*[signature]*

CHARLES J. HYLAND, ESQ. (CH-2561)
HYLAND LAW FIRM LLC
7300 W. 110th Street, Suite 930
Overland Park, KS 66210
**Phone:** 913.498.1911
**Fax:** 913.498.1950
**Email:** charlie@hylandkc.com
Attorney for Michael D. Gibbons

1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS,<br>*Plaintiff*<br><br>v.<br><br>JOHN C. MALONE, *et. al.*,<br>*Defendant* | **Case:** 10-Civ-8640 BSJ<br><br>AFFIDAVIT OF CHARLES J. HYLAND IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

## AFFIDAVIT OF CHARLES J. HYLAND IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

CHARLES J. HYLAND, being duly sworn, hereby deposes and says as follows:

1. I am counsel for the Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Daniel E. Doherty as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the state of New York, and was admitted to practice law on February 28, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Daniel E. Doherty since 1996.

4. Daniel E. Doherty is a practicing attorney in the states of Kansas and Missouri, is in good standing with the Bars in both states, and certificates to that effect are attached hereto as Exhibits A and B.

5. I respectfully submit herewith a proposed order granting the admission of Daniel E. Doherty pro hac vice.

WHEREFORE, I respectfully request that the motion to admit Daniel E. Doherty, pro hac vice, to represent Plaintiff in the above captioned matter be granted.

Dated: *December 20, 2010.*               Respectfully submitted,

.................................................................
                                         Charles J. Hyland, Esq. (CH-2561)

EXHIBIT A

**Certificate of Good Standing
from the
Supreme Court of Kansas**

A–1

# The Supreme Court of Kansas



# Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 30, 1986,

DANIEL EUGENE DOHERTY

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 9TH day of December, 2010.

*Carol G. Green*
Clerk of the Supreme Court of Kansas

EXHIBIT B

**Certificate of Good Standing
from the
Supreme Court of Missouri**

Case 1:10-cv-08640-BSJ -MHD   Document 10   Filed 12/29/10   Page 6 of 9

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/24/1983,

## Daniel E. Doherty

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 14th day of December, 2010.

_____
Clerk of the Supreme Court of Missouri

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. GIBBONS,<br>*Plaintiff*<br><br>v.<br><br>JOHN C. MALONE, *et. al.*,<br>*Defendant* | **Case:** 10-Civ-8640 BSJ<br><br>ORDER FOR ADMISSION<br>PRO HAC VICE ON<br>WRITTEN MOTION |

### ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Charles J. Hyland, attorney for Plaintiff, and his affidavit in support:

IT IS HEREBY ORDERED that

>Daniel E. Doherty
>Law Offices of Daniel E. Doherty
>7300 W. 110th Street, Suite 930
>Overland Park, KS 66210
>(913) 338-7182 (Voice)
>(913) 338-7164 (Fax)

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall apply for a password at `nysd.uscourts.gov`. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

................................................
United States District Judge

## Certificate of Service

I hereby certify that I have, on the date set forth above my signature, served copies of the foregoing *Order for Admission Pro Hac Vice on Written Motion* upon the below-listed individuals by first class United States mail.

SETH T. TAUBE, ESQ.
BAKER BOTTS LLP
30 Rockefeller Plaza
New York, NY 10112
**Phone:** 212.408.2655
**Fax:** 212.408.2455
**Email:** seth.taube@bakerbotts.com
Attorney for John C. Malone

CHRISTOPHER W. CARRION, ESQ.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
**Phone:** 212.230.8800
**Fax:**
**Email:** christopher.carrion@wilmerhale.com
Attorney for Discovery Communications, Inc.

JOHN F. BATTER, ESQ.
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
**Phone:** 617.526.6000
**Fax:** 617.526.5000
**Email:** john.batter@wilmerhale.com
Attorney for Discovery Communications, Inc.

Executed on: *December 21, 2010*

_____
Charles J. Hyland, Esq.