IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. GIBBONS,
    *Plaintiff*

v.

JOHN C. MALONE, *et. al.*,
    *Defendant*

**Case:** 10-Civ-8640 BSJ

ORDER FOR ADMISSION
PRO HAC VICE ON
WRITTEN MOTION

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Charles J. Hyland, attorney for Plaintiff, and his affidavit in support:

IT IS HEREBY ORDERED that

Daniel E. Doherty
Law Offices of Daniel E. Doherty
7300 W. 110th Street, Suite 930
Overland Park, KS 66210
(913) 338-7182 (Voice)
(913) 338-7164 (Fax)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/10

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing system, counsel shall apply for a password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

*Barbara S.*
United States District Judge

1-4-2011

B–3