# Exhibit 1

Contact Us

- Options Help Desk
  1-888-678-4667
  options@theocc.com (mailto:options@theocc.com)

# New Listings – September 2008

Return to Archive (/market-data/series/new-listings/archive.jsp)

| N/E | Date | Company | Stock Symbol | Exchanges |
|---|---|---|---|---|
| E | 09/30/2008 | SunPower Corp. Cl B | SPWRB | I |
| E | 09/29/2008 | Aeropostale, Inc. | ARO | Q |
| E | 09/29/2008 | Allegheny Technologies, Inc. | ATI | Q |
| E | 09/29/2008 | Activision Blizzard, Inc. | ATVI | Q |
| E | 09/29/2008 | Avon Products | AVP | Q |
| E | 09/29/2008 | Baxter International Inc. | BAX | Q |
| E | 09/29/2008 | Brocade Comm., Inc. | BRCD | Q |
| E | 09/29/2008 | Bucyrus International Inc | BUCY | Q |
| E | 09/29/2008 | China Mobile Limited | CHL | Q |
| E | 09/29/2008 | Colgate Palmolive | CL | Q |
| E | 09/29/2008 | Continental Resources Inc | CLR | Q |
| E | 09/29/2008 | Comcast Corp Special Cla | CMCSK | Q |
| E | 09/29/2008 | Chipotle Mexican Grill Class A | CMG | Q |
| E | 09/29/2008 | Canadian Natural Resources Lim | CNQ | Q |
| E | 09/29/2008 | Calpine Corporation | CPN | Q |
| E | 09/29/2008 | Ctrip.Com International Ltd Ad | CTRP | Q |
| E | 09/29/2008 | Coventry Health Care | CVH | Q |
| E | 09/29/2008 | Dicks Sporting Goods Inc | DKS | Q |
| E | 09/29/2008 | Darden Restaurants Inc | DRI | Q |
| E | 09/29/2008 | Directv Group, Inc (The) | DTV | Q |
| E | 09/29/2008 | Equinix Inc | EQIX | Q |
| E | 09/29/2008 | Exelon Corporation | EXC | Q |
| E | 09/29/2008 | Expedia, Inc | EXPE | Q |
| E | 09/29/2008 | Fastenal Company | FAST | Q |
| E | 09/29/2008 | F5 Networks, Inc. | FFIV | Q |
| E | 09/29/2008 | Forest Laboratories, Inc. | FRX | Q |

| N/E | Date | Company | Stock Symbol | Exchanges |
|---|---|---|---|---|
| E | 09/29/2008 | Technology Sector Spdr | XLK | Q |
| E | 09/29/2008 | Yum! Brands, Inc. | YUM | Q |
| E | 09/26/2008 | Federal National Mortgage Association | FNM | C |
| E | 09/26/2008 | Federal Home Loan Mortgage Corporation | FRE | C |
| E | 09/25/2008 | Parametric Technology Corp. | PMTC | I |
| E | 09/25/2008 | TransDigm Group Inc. | TDG | I |
| E | 09/25/2008 | iShares DJ US Oil Equipment & Services Index Fund | IEZ | I |
| E | 09/25/2008 | Vanguard Information Technology ETF | VGT | I |
| E | 09/25/2008 | Vanguard Mid Cap ETF | VO | I |
| E | 09/25/2008 | SPDR S&P Biotech ETF | XBI | I |
| E | 09/25/2008 | SPDR S&P Oil & Gas Equipment & Services ETF | XES | I |
| E | 09/25/2008 | EMCOR Group Inc. | EME | I |
| E | 09/25/2008 | Chart Industries Inc. | GTLS | I |
| E | 09/25/2008 | PNM Resources Inc. | PNM | I |
| E | 09/25/2008 | Robbins & Myers Inc. | RBN | I |
| E | 09/24/2008 | Acorn International Inc. (ADS) | ATV | I |
| E | 09/24/2008 | Central European Media Enterprises Ltd. (Cl A) | CETV | I |
| E | 09/24/2008 | Fred's Inc. | FRED | I |
| E | 09/24/2008 | Greatbatch Inc. | GB | I |
| E | 09/24/2008 | II-VI Inc. | IIVI | I |
| E | 09/24/2008 | Innophos Holdings Inc. | IPHS | I |
| E | 09/24/2008 | Otter Tail Corp. | OTTR | I |
| E | 09/24/2008 | Ryanair Holdings PLC (ADS) | RYAAY | I |
| E | 09/24/2008 | Star Bulk Carriers Corp. | SBLK | I |
| E | 09/24/2008 | W&T Offshore Inc. | WTI | I |
| N | 09/23/2008 | CBOE S&P 500 BuyWrite Index | BXO | C |
| E | 09/23/2008 | American Campus Communities Inc. | ACC | I |
| E | 09/23/2008 | AerCap Holdings N.V. | AER | I |
| E | 09/23/2008 | Cognex Corp. | CGNX | I |
| E | 09/23/2008 | Flowers Foods Inc. | FLO | I |
| E | 09/23/2008 | MasTec Inc. | MTZ | I |
| E | 09/23/2008 | Boston Beer Co. (Cl A) | SAM | I |
| E | 09/23/2008 | Ultimate Software Group Inc. | ULTI | I |
| E | 09/23/2008 | Windstream Corp. | WIN | I |
| E | 09/23/2008 | (New) Discovery Communications, Inc. Series A Common Shares | DISAD | P |

## Contact Us

- Options Help Desk
  1-888-678-4667
  options@theocc.com (mailto:options@theocc.com)

# New Listings – August 2009

[Return to Archive] (/market-data/series/new-listings/archive.jsp)

| N/E | Date | Company | Stock Symbol | Exchanges |
|---|---|---|---|---|
| E | 08/31/2009 | Discovery Communications, Inc. | DISCA | A |
| E | 08/31/2009 | West Pharmaceutical Services, Inc. | WST | A |
| E | 08/31/2009 | Healthcare Realty Trust Inc. | HR | P |
| E | 08/31/2009 | International Speedway Corp. | ISCA | P |
| E | 08/31/2009 | TreeHouse Foods Inc. | THS | P |
| E | 08/31/2009 | Timken Co. | TKR | P |
| E | 08/31/2009 | Human Genome Sciences Inc. | HGSI | Q |
| E | 08/31/2009 | China Green Agriculture, Inc. | CGA | X |
| N | 08/28/2009 | Discovery Communications, Inc. | DISCK | A |
| N | 08/27/2009 | Altra Holdings, Inc. | AIMC | C |
| N | 08/27/2009 | Cincinnati Bell Inc. | CBB | C |
| N | 08/27/2009 | ClickSoftware Technologies Ltd. | CKSW | C |
| N | 08/27/2009 | Cogdell Spencer Inc. | CSA | C |
| N | 08/27/2009 | New Gold Inc. | NGD | C |
| N | 08/27/2009 | Omnova Solutions Inc. | OMN | C |
| N | 08/27/2009 | Protalix BioTherapeutics Inc. | PLX | C |
| N | 08/27/2009 | S1 Corporation | SONE | C |
| N | 08/27/2009 | Seahawk Drilling Inc. | HAWK | C |
| N | 08/27/2009 | Vanceinfo Technologies Inc. | VIT | C |
| E | 08/27/2009 | BankAtlantic Bancorp, Inc. | BBX | C |
| E | 08/27/2009 | Education Realty Trust, Inc. | EDR | C |
| E | 08/27/2009 | Enbridge Inc. | ENB | C |
| E | 08/27/2009 | iShares S&P Global Energy Sector Index Fund | IXC | C |
| E | 08/27/2009 | Lithia Motors, Inc. | LAD | C |
| E | 08/25/2009 | Huron Consulting Group, Inc. | HURN | I |