# Exhibit 2

**Challenged Transactions, As Matched By Plaintiff, With Actual Purchase Prices**[*]

| Purchase Date | Actual Purchase Price[#] | Deemed Purchase Price | Sale Date | Sale Price | Shares | Actual Profit/Loss | Deemed Profit |
|---|---|---|---|---|---|---|---|
| 2008-12-11 | 13.3900 | 12.01 | 2008-12-08 | 13.9700 | 60,000 | +34,800 | +117,600 |
| 2008-12-15 | 12.9900 | 12.18 | 2008-12-09 | 12.9900 | 74,900 | 0 | +60,669 |
| 2008-12-12 | 12.9700 | 12.51 | 2008-12-10 | 12.9900 | 118,000 | +2,360 | +56,640 |
| 2008-12-15 | 12.9900 | 12.18 | 2008-12-09 | 13.8200 | 15,100 | +12,533 | +24,764 |
| 2008-12-15 | 12.9900 | 12.18 | 2008-12-08 | 13.9700 | 10,000 | +9,800 | +17,900 |
| 2008-12-15 | 12.8900 | 12.18 | 2008-12-10 | 12.9900 | 22,000 | +2,200 | +17,820 |
| 2008-12-15 | 12.8900 | 12.18 | 2008-12-09 | 12.9900 | 18,000 | +1800 | +14,580 |
| 2008-12-12 | 12.9700 | 12.51 | 2008-12-05 | 12.5700 | 48,200 | -19,280 | +2,892 |
| 2008-12-17 | 13.4200 | 12.51 | 2008-12-05 | 12.5700 | 11,800 | -10,030 | +708 |

\*   All information, except Actual Purchase Price and Actual Profit/Loss, taken from Schedule IV of the Complaint.

\#   Actual Purchase Price is the price reflected for the each purchase in Schedule II of the Complaint.  Purchases were matched between Schedule II and Schedule IV by reference number.