USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL D. GIBBONS,
                  Plaintiff,              10 **CIVIL** 8640 (BSJ)

      -against-                        **JUDGMENT**

JOHN C. MALONE and DISCOVERY
COMMUNICATIONS, INC.,
                Defendants.
------------------------------------------------------------X

Defendant having moved to dismiss, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on August 8, 2011, having rendered its Memorandum and Order granting defendants' motion to dismiss, and closing the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 8, 2011, defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
           August 8, 2011

                                                  RUBY J. KRAJICK
                                                  Clerk of Court
                        BY:
                                                  Deputy Clerk

                                                  THIS DOCUMENT WAS ENTERED
                                                  ON THE DOCKET ON _____