## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

MICHAEL D. GIBBONS,
  *Plaintiff*

  v.

JOHN C. MALONE,
  *Defendant*
    and

DISCOVERY   COMMUNICATIONS,
INC.,
  *Nominal Defendant*

**Case:** 10-Civ-8640
(BSJ/MHD)

NOTICE OF APPEAL

**ECF Case**

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that MICHAEL D. GIBBONS appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on August 8, 2011 by the United States District Court for the Southern District of New York (Jones, J.) and attached hereto as Exhibit A granting defendants' motion to dismiss for failure to state a claim for the reasons set forth in an August 8, 2011, Memorandum & Order.

Dated: *September 02, 2011.*

Respectfully submitted,

DANIEL E. DOHERTY, ESQ. (Pro Hac Vice)
LAW OFFICES OF DANIEL E. DOHERTY
7300 W. 110th Street, Suite 930
Overland Park, KS 66210
**Phone:** 913.338.7182
**Fax:** 913.338.7164
**Email:** ded-law@ddoherty.net
Attorney for Michael D. Gibbons

1

CHARLES J. HYLAND, ESQ. (CH-2561)
HYLAND LAW FIRM LLC
7300 W. 110th Street, Suite 930
Overland Park, KS 66210
**Phone:** 913.498.1911
**Fax:** 913.498.1950
**Email:** charlie@hylandkc.com
Attorney for Micahel D. Gibbons